IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VAN AND DEBRA OLSEN
AS PARENTS, NEXT FRIEND,
AND GUARDIANS OF THE PERSON
AND ESTATE OF NICK OLSEN, AND
VAN AND DEBRA OLSEN,

**Plaintiffs,**

v.

**CENTER FOR COMPREHENSIVE
SERVICE, INC., a corporation,**

**Defendant.**                                                                      No. 04-CV-0337-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' motion to continue the trial date setting (Doc. 50). Specifically, Plaintiffs move the Court to continue the presumptive trial month from July 2006 to December 2006 in order to complete discovery. Defendant does not object. Said motion is **GRANTED**. The Court **CONTINUES** the presumptive trial month to December 2006.

**IT IS SO ORDERED.**

Signed this 14th day of April, 2006.

/s/        David    RHerndon
**United States District Judge**