IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VAN AND DEBRA OLSEN
AS PARENTS, NEXT FRIEND,
AND GUARDIANS OF THE PERSON
AND ESTATE OF NICK OLSEN, AND
VAN AND DEBRA OLSEN,

**Plaintiffs,**

v.

**CENTER FOR COMPREHENSIVE
SERVICE, INC., a corporation,**

**Defendant.**                                              No. 04-CV-0337-DRH

## ORDER

**HERNDON, District Judge:**

On July 19, 2006, the parties filed a stipulation to dismiss (Doc. 56). The stipulation states that the case has been settled and that the matter may be dismissed with prejudice. The Court **ACKNOWLEDGES** the stipulation to dismiss and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of July, 2006.

                                            /s/      David   RHerndon
                                            **United States District Judge**