IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VAN AND DEBBIE OLSEN, AS PARENTS,**
**NEXT FRIENDS, AND GUARDIANS OF**
**THE PERSON AND ESTATE OF NICK**
**OLSEN and VAN AND DEBBIE OLSEN,**

      **Plaintiffs,**

      vs.                                    Cause No. 04-CV-337 DRH

**CENTER FOR COMPREHENSIVE**
**SERVICE, INC., a corporation,**

      **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** and without costs.------------------------------------------------------------------------------------------------

                                                            **NORBERT G. JAWORSKI, CLERK**

July 20, 2006                              By:  s/Patricia Brown
                                                            Deputy Clerk

APPROVED:/s/   David   RHerndon
                **U.S. DISTRICT JUDGE**